# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JESUS JOSE ALVELAIS-PEDROSA,<br><br>                          Petitioner,<br><br>    v.<br><br>TODD BLANCHE, Acting Attorney General of the United States, *et al.*,<br><br>                          Respondents. | Case No. 26-cv-02287-BAS<br><br>**ORDER DENYING PETITION WITHOUT PREJUDICE** |

Presently before the Court are a Petition and Application for Writ of Habeas Corpus Ad Prosequendum filed on April 10, 2026. (ECF Nos. 1–2.) The Petition alleges Petitioner was arrested on April 9, 2026 at 6:00 p.m., and has not been presented for an initial appearance in violation of Federal Rule of Criminal Procedure 5. Petitioner seeks a writ of habeas corpus ad prosequendum directing Respondents to immediately present Petitioner to a magistrate judge for arraignment.

Upon review, the Petition and Application do not demonstrate that Petitioner is entitled to relief. *Cf. United States v. Pimental*, 755 F.3d 1095, 1103–04 (9th Cir. 2014) (finding a four-day delay in presentment over a holiday weekend was unreasonable and

- 1 -

26cv1906

unnecessary).  Accordingly, the Court **DENIES WITHOUT PREJUDICE** the Petition and Application.  (ECF Nos. 1–2.)  Petitioner is scheduled for arraignment on April 13, 2026 at 2:00 p.m. In the event that Petitioner is not arraigned on April 13, 2026, Petitioner may renew the Petition and Application.  <u>Further, the Clerk of Court shall serve this Order on the U.S. Attorney's Office and close the case.</u>

  **IT IS SO ORDERED.**


**DATED: April 13, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv1906